427 A.2d 262

Goucher et ux., Appellants, v. Pocono Sanitation, Inc.

Submitted March 21, 1980. John P. Lawler, for appellants; Edwin Krawitz, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

427 A.2d 262

Helsel, Appellant, v. Crawford.

Argued April 15, 1980. Harry O. Falls, for appellant; George H. Rowley, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.